**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

FILED

JUN - 3 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11CV653 |
| | ) |
| C&F MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DISBURSEMENT ORDER**

Upon consideration of the parties' JOINT MOTION FOR ENTRY OF DISTRIBUTION

ORDER, the Court finds and orders as follows:

1. On October 4, 2011, this Court entered a consent order between plaintiff United States

and Defendant C&F Mortgage Corporation (C&F) resolving all claims set forth in the United

States' complaint against the defendants.

2. Paragraphs 11-13 of the order require C&F to establish a $140,000 settlement fund to

compensate identified aggrieved persons.

3. Paragraph 14 of the order provides that residual funds that cannot not be used for such

compensation are to be distributed to qualified organizations to provide credit counseling,

financial literacy, and other related educational programs targeted at black and Hispanic

borrowers. C&F is required to consult with and obtain the non-objection of the United States in

selecting recipients of these funds and the parties must obtain the Court's approval prior to

distribution. To the extent practicable, the funds are to be directed to organizations that work

with borrowers living in the metropolitan areas where C&F originated its highest volume of loans to black and Hispanic borrowers in 2007.

4. The parties have informed the Court that $10,722.29 will be left in the settlement fund. C&F has selected Housing Opportunities Made Equal (HOME), and Southern Maryland Tri-County Community Action Committee, Inc. (SMTCCAC) to receive the funds. The United States does not object to the selection of these organizations.

5. The Court hereby approves the selection of these organizations and approves the disbursement of the above-referenced funds.

6. Accordingly, the defendants are hereby ORDERED to disburse the residual funds as required by paragraph 14 of the order to HOME and SMTCCAC no later than 30 days after the issuance of this order.

It is so ORDERED.

/s/    *R E P*

SENIOR UNITED STATES DISTRICT JUDGE
ROBERT E. PAYNE

Richmond, Virginia
Date: May 31, 2013

2