Richmond Division
Civil

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOI M. KELLY, Registered Nurse**

The ESTATE of Joi M. Kelly

James and Bernice Randall
Descendants on behalf of
Joi M. Kelly, Champion Member,

Blended Hearts by Joi Kelly
(Federally Registered Organization),

**Plaintiff,**

Commonwealth of Virginia, et al.,

Department of Health Professions,
Virginia Board of Nursing

Ryan and Reda Burroughs,

John and Jane Doe Occupants,

**Defendants.**

**Civil No.: 19-2567 (UNA)**

Related Case(s)   3:11 cv 653
3:14 cv 342



RECEIVED

OCT 2 1 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## NOTICE OF APPEAL to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; MEMORANDUM OPINION AND ORDER

This matter is before the United States District Court for the District of Columbia on the basis of enforcing the United States District Court for District of Columbia previous and final decision on September 21, 2012 regarding housing racial discrimination and/or actual racial discrimination, biases, et al. discriminatory misconduct towards non-Caucasian and/or non-Caucasian Hispanics borrowers (against qualified African Americans) by Wells Fargo Bank in regards to lending practices, charging higher rates and excessive and/or erroneous fees in the United States v. Wells Fargo Bank, NA (D.D.C); with relevant consent form(s) signed by classmember and identified plaintiff in this case, Joi M. Kelly, Registered Nurse under case number 1:12-cv-01150. Plaintiff Joi M. Kelly, Registered Nurse states the following in support of her appeal to the Memorandum Opinion and Order drafted by United States District Court Judge Christopher R. Cooper:

1. The Court granted the *in forma pauperis* application by Memorandum Opinion on October 8,

2019 and further drafted in the Order also filed October 8, 2019 which "Ordered that the plaintiff's application to proceed *in forma pauperis* [2], as amended [3], is Granted; with evidence of such copy of the *in forma pauperis* application identifying multiple relief(s) requested on behalf of the Plaintiff Joi M. Kelly, Registered Nurse even if the court believed the complaint failed to meet minimal pleading standard(s) set forth in Rule 8(a); thereby refuting the court's Memorandum Opinion that the plaintiff did identify relief and such relief is entitled based on court ruling's in not only the underwritten case in which this complaint is filed based on discrimination but multiple related cases in the United States District Court(s), United States Bankruptcy Court(s), and local Commonwealth of Virginia courts; indicating Plaintiff Joi M. Kelly, Registered Nurse made monthly mortgage payments for a period of 10 years on property address known as 561 Taylorsville Road Shacklefords, Virginia, made bankruptcy payments to the United States Bankruptcy Court-Richmond, VA from wages she earned as a Registered Nurse at the Department of Veteran Affairs, used exempt funds such as retirement benefits, short term disability, sick and vacation time (from various employers as a Licensed Practical Nurse and Registered Nurse througout the life of the mortgage) as well as utilized USDOJ court ordered payments towards monthly mortgage payments and/or real estate tax until all funds were exhausted and in the amount(s) in excess of $30,000.00-$40,000.00 (in addition to earned wages utilized to pay the monthly mortgage and currently $4,230.57 of leave time from the Veteran Affairs and an Amended IRS refund) of exempt funds, being a form of a means for requesting relief deemed by the United States Bankruptcy Court(s) standards.

2. The Court's Memorandum Opinion suggests "the complaint was deficient because it does not states a basis for this Court's jurisdiction"; "this" being the United States District Court for the District of Columbia (D.D.C.); item 1 of the handwritten complaint by Joi M. Kelly, Registered Nurse states "The plaintiff Joi M. Kelly identified above is a classmember in the United States v. Wells Fargo discrimination case initiated, filed, and/or resolved in the year of 2012."; this Notice of Appeal further defines the case number, the final decision date as well as the actual title of the case and the court, identified as "D.D.C"; asserting that this court is appropriate for this filing and the matter was returned to the appropriate court, the United States District Court for the District of Columbia; being the origin/originating court of filing by the United States Department of Justice.

2

3. The Court's Memorandum Opinion in Paragraph 2 states, "The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and a adequate defense and determine whether the doctrine of *res judicata* applies. Brown v. Califano, 75 F.R.D. 497, 498 (D.D.C. 1977)."; with deficient evidence to show that [1] the defendants, "Commonwealth of Virginia, et al." were properly served, prepared a responsive answer or an adequate defense to determine the doctrine of res judicata applies [2] the monies asserted owed to Plaintiff Joi M. Kelly, Registered Nurse in the granted in forma pauperis by the Commonwealth of Virginia, Virginia Worker's Compensation Commission in the amount of $1,200.00 weekly and lifetime medical benefits also payable by State Farm Insurance were not addressed as this is appropriately identifiable relief and relief ordered since the year of 2012 by the Virginia Worker's Compensation Commission but not fully paid to the Plaintiff Joi M. Kelly, Registered Nurse and/or settled by signed, verifiable documents [3] the Court has not shown that Ryan and Reda Burroughs have been properly served, prepared a responsive answer or an adequate defense to determine the doctrine of res judicata applies [4] the Court has not shown that with the "many exhibits" referenced in paragraph 3 page 2 of the Memorandum Opinion with related cases of Plaintiff Joi M. Kelly, Registered Nurse paying a monthly mortgage payment by voluntary pre-petition payments, post-petition payments, and wage deduction payments as well as paying real estate taxes covered in monthly mortgage payments and outside of monthly mortgage payments as to why she is not occupying property address 561 Taylorsville Road Shacklefords, VA 23156 but Ryan and Reda Burroughs as well as other John and Jane Doe occupants are living within the dwelling [5] the Court has not shown that John and Jane Doe occupants have been properly served, prepared a responsive answer or an adequate defense to determine the doctrine of res judicata applies [6] Plaintiff Joi M. Kelly, Registered Nurse submitted evidence that she made payment(s) to King and Queen Circuit court for case CR17-36 in 2018 but there was no evidence that there was an order in place for a violation of a protective order as well as multiple fees were incurred from filing cases in King and Queen General District Court, King and Queen Circuit Court, Henrico Circuit Court against the defendant(s) listed above as well as Wells Fargo Bank, N.A. ("Wells Fargo Home Mortgage"), HSBC Bank USA, N.A., their attorney(s) and the Commonwealth of Virginia Department of Health Professions Board of Nursing; whom all subsequently took action against Plaintiff Joi M. Kelly, Registered Nurse

3

causing loss wages and excessive fees, including but not limited the most recent fee incurred by Plaintiff Joi M. Kelly, Registered Nurse for having to file a reinstatement application with a fee of $300.00 to the "Treasurer of Virginia" to have her Registered Nurse license reinstated following a revocation which involved a Wells Fargo Home Mortgage housing matter and wrongful detainment in a Riverside facility; with approximately $100.00 of those funds utilized towards the fee of $300.00 being from the Wells Fargo Property Inspection case in the United States District Court Southern District of Iowa- Young v. Wells Fargo & Co. Case Number 4:08-cv-507RP-CFB; a case Plaintiff Joi M. Kelly, Registered Nurse is also a classmember in; with evidence that not only were property inspection fees were wrongfully assessed but Wells Fargo also misappropriated Plaintiff Joi M. Kelly, Registered Nurse, monthly mortgage payments towards their attorney fees and foreclosure sale expenses for a foreclosure that did not occur and/or foreclosure sale documents have not been located nor an auctioneer [7] the Court has not shown that the Commonwealth of Virginia Department of Health Professions Board of Nursing have been properly served, prepared a responsive answer or an adequate defense to determine the doctrine of res judicata applies, nor a formal response to the reinstatement application submitted by Plaintiff Joi M. Kelly, Registered Nurse on October 12, 2018 (after three (3) years of revocation) and further explanation as to why their order dated October 1, 2015 supports a Wells Fargo housing matter in which an alleged order for Haldol is pertinent in the medical treatment of Plaintiff Joi M. Kelly, Registered Nurse when she has evidence of not being able to tolerate the medication and has been told by medical professionals that medications of this category are contraindicated in her health since 2006 due to interference with thyroid medications and verifiable mortgage evidence supports no evidence of a foreclosure sale nor that she should have been detained but sufficient evidence of misappropriation by the bank ("Wells Fargo") of the mortgage payments made by Plaintiff Joi M. Kelly, Registered Nurse pre-petition, post-petition, and during petition of the bankruptcy by wage deduction.

4. The court in Paragraph 3 Page 2 identifies and/or references the complaint of Plaintiff Joi M. Kelly, Registered Nurse has "many exhibits" however, case filings only related one (1) case to the knowledge of the plaintiff and that was a filed 2012 in the United States Bankruptcy Court for the Eastern District of Virginia-Richmond Division under case number 12-30358-KRH; which the defendant(s) Wells Fargo Bank, N.A. by attorney failed to appear, prove and/or

4

respond that their Proof of Claim ("Proof of Claim") filed for $15,000.00 was not erroneous, that Plaintiff Joi M. Kelly, Registered Nurse had a mortgage or signed agreement with HSBC Bank USA, N.A., and Plaintiff Joi M. Kelly, Registered Nurse paid approximately $7,500.00 in bankruptcy court until the case was dismissed and those funds were in addition to pre-petition and post-petition payments to Wells Fargo Bank, N.A. ("Wells Fargo Home Mortgage"), filing fees and payments made pre-petition and during bankruptcy petition to her own attorney, John Roberts of Mechanicsville, Virginia; being amongst those $\geq$ 250 pages submitted to the court.

5. Plaintiff Joi M. Kelly, Registered Nurse met the minimal pleading requirement when she made six (6) affirmations in her complaint; redrafted in this item as follows:

## Complaint

1. The plaintiff Joi M. Kelly identified above is a classmember in the United States v. Wells Fargo discrimination case initiated, filed, and/or resolved in the year of 2012.

2. Plaintiff Joi M. Kelly is a resident in King & Queen County, VA with the property address 561 Taylorsville Road Shacklefords, VA 23156.

3. Plaintiff Joi M. Kelly does not intend to redraft the United States case, however, intends to supplement the case against Wells Fargo Home Mortgage in regards to housing discrimination, employment discrimination, etc. from documents she drafted in King and Queen Circuit Court in efforts to recover real property, damages, etc.

4. Joi M. Kelly as plaintiff in this matter and classmember in the United States case received a total of $16,050.00 for participation but her property was subsequently detained and efforts to recover were denied by the Commonwealth of Virginia, et al.

5. Joi M. Kelly as plaintiff will submit her copy of the submitted Wells Fargo-DOJ Consent Order Participation Form along with Motion(s) and Orders as well as evidence of discriminatory conduct by the Commonwealth of Virginia, Virginia Department of Health Professions Board of Nursing, the Commonwealth of Virginia witnesses, Ryan and Reda Burroughs, John and Jane Doe occupants and others identified in exhibits.

6. Wherefore, this is not the formal document, Plaintiff Joi M. Kelly reserves the right to amend this document at a later date. Integrity of the record will remain for both the USDOJ case and Commonwealth of Virginia case(s).

Date: <u>August 26, 2019</u>                    *Joi M. Kelly*
                                          Joi M. Kelly

5

P.O. Box 11
Shacklefords, VA 23156

## Certificate of Service

I, Joi M. Kelly hereby certify that this document was mailed and/or hand-delivered to the United
States District and Bankruptcy Court for the District of Columbia in the 26th day of August
2019.

*Joi M. Kelly*

6. Wherefore, Plaintiff Joi M. Kelly, Registered Nurse refutes the Courts decision to dismiss this
case based on failure of the plaintiff to meet the minimum pleading requirements of Rule 8(a) of
the Federal Rules of Civil Procedure and prays the court review all records including but not
limited to evidence in related cases, exhibits, etc. because [1] item one (1) in Plaintiff Joi M.
Kelly, Registered Nurse complaint states the basis in which she filed the complaint by identifying
the case, filing period and appropriately returning the matter to the Court of record or origin of
initial case filings by the United States Department of Justice [2] item two (2) in Plaintiff Joi M.
Kelly, Registered Nurse complaint as she stated supplements and/or confirms the address on the
United States Department of Justice consent form and the relief she is seeking such as recovering
her real property (real estate known as 561 Taylorsville Road Shacklefords, VA 23156)
following housing discrimination by race and/or excess and erroneous fees assessed against her
monthly mortgage payments or bankruptcy payments intended for her mortgage [3] item three (3)
of Plaintiff Joi M. Kelly, Registered Nurse complaint asserts her agreement with the United
States Department of Justice case and she does not intend to change her allegations by her signed
agreement, which resulted in housing discrimination by refusal to return the intended recovery
property known as 561 Taylorsville Road Shacklefords, VA 23156 by the Commonwealth of
Virginia-King & Queen County, Virginia; thus stating her claim and relief being sought [4] item
four (4) of Plaintiff Joi M. Kelly, Registered Nurse complaint agrees the consent in the United
States Department of Justice case in Washington, D.C. rendered a payment of $16,050.00
however does not agree to exchanging her property in King & Queen County, Virginia for any
sum of money and further admits she was detained when she attempted to recover the property
and supplemental exhibits revealed she incurred fees (court costs, loss wages, revocation of
license, reinstatement fees for license, real estate taxes,etc.) but denial of her property with no

6

signed documents by her agreeing to relinquish her rights to the property in exchange for relief [5] item five (5) of the complaint by Plaintiff Joi M. Kelly, Registered Nurse was supported by her drafted documents to King & Queen Circuit Court (courts) with no evidence of an order granting Ryan and Reda Burroughs or John and Jane Doe occupants the property, right to occupy the property or an Order of Protection but sufficient evidence that Ryan and Reda Burroughs was making inappropriate comments in regards to Plaintiff Joi M. Kelly, Registered Nurse, the Commonwealth of Virginia, et al. took discriminatory conduct on behalf of all parties against Plaintiff Joi M. Kelly, Registered Nurse after she petitioned the court(s) on multiple occasions for relief [6] this is Plaintiff Joi M. Kelly, Registered Nurse formal document and she refutes any allegations by the Court that her complaint does not establish a basis for filing, lacks jurisdiction or the basis for jurisdiction or that it fails to meet the minimal pleading set forth in Rule 8(a) nor will there be an attempt by the Plaintiff Joi M. Kelly, Registered Nurse to compromise the integrity of any court case but will leave all court cases and records as they appear in the court(s) of record to prove relief requested, discriminatory misconduct and lack of proof of engaging in positive credit management by paying debts on all three credit reports.

Date: October 15, 2019

Joi M. Kelly, Registered Nurse
P.O. Box 11
Shacklefords, VA 23156


## CERTIFICATE OF SERVICE

I, Joi M. Kelly, Registered Nurse, hereby certify that this document was mailed and/or hand-delivered to the United States District Court and Bankruptcy Court for the District of Columbia on the 15th day of October 2019.

Joi M. Kelly, Registered Nurse

7

**FILED**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

OCT 08 2019

Clerk, U.S. District and
Bankruptcy Courts

JOI M. KELLY,                                          )
                                                       )
                    Plaintiff,                         )
                                                       )          Civ. No. 19-2567 (UNA)
                                                       )
COMMONWEALTH OF VIRGINIA, *et al.*,                    )
                                                       )
                    Defendants.                        )

*In forma pauperis application dete...
property owned (such as a house known
as 567 Taylorsville Road Shacklefords, Vi
23136) not occupied by Joi M. Kelly.*

### MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's application for leave to proceed

*in forma pauperis* and *pro se* complaint. The Court will grant the *in forma pauperis* application and

dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of

the Federal Rules of Civil Procedure.    *Joi M. Kelly, Plaintiff asserted in her handwritten
statement that she chose not to alter previous court cases*

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F.          *and
reference
8 or
more
related
cases;
civil
and
barkray*

Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to

contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and

plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft*

*v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule

8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare

a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies.

*Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

*There is no evidence shown by the United States District court*

Plaintiff begins by identifying herself as "a class member in the United States v. Wells Fargo

discrimination case[.]" Compl. ¶ 1. In addition to her intention to "supplement the case against Wells

Fargo Home Mortgage in regards to housing discrimination [and] employment discrimination," *id.* ¶ 2,

plaintiff also intends to "submit . . . evidence of discriminatory conduct by the Commonwealth of Virginia,

*but For the District of Columbia that the defendant ("Commonwealth of Virginia")
was properly served, prepared a responsive answer or an adequate defense to
determine the doctrine of res judicata. Nor were the monies asserted in the
informa pauperis application addressed which was the amended application . Joi M. Kelly*

I have not received a response from the Virginia Department of Health Professions from my October 12, 2018 application, the Commonwealth of VA, et al., Ryan Burroughs, Rede Burroughs or anyone that would fall under John and Jane Doe" occupants. — Joi M. Kelly, RN

Virginia Department of Health Professions Board of Nursing," and four individuals, *id.* ¶ 5. Missing from

her complaint and its many exhibits is a short and plain statement showing that plaintiff is entitled to relief ✱ This court's jurisdiction based on origin, original firm of the classified paper but the USDOJ

of any kind. The complaint also is deficient because it does not state a basis for this Court's jurisdiction.

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a).

*(Minimal pleadings were met by asserting not to change routes history)*

Therefore, the Court will dismiss the complaint and this civil action without prejudice. A separate order ✱ The USDOJ originated this case in USDC-Washington, DC and Joi M. Kelly Registered Nurse consent firm is filed here.

accompanies this Memorandum Opinion.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge

There was no prior notification that this case was assigned to either plaintiff or defendant

The bankruptcy case (only case noted to be related by the court at the time of viewing the above style case) failed to prove where the defendants Wells Fargo attorney responded in bankruptcy court to an erroneous proof of claim ("Proof of Claim") filed by their attorneys for $15,000.00; which Joi M. Kelly, Registered Nurse paid $7,500.00 plus in bankruptcy Court until the case was dismissed as well as pre-petition and post-petition payments, all erased from her credit report; being another related case filed amongst these >250 pages submitted to the Court.

This is just my notes but I will be drafting a formal document to using the court represented documents to address this opinion. The minimal pleading were to assert all former (current or closed) pleadings; with the reserved right to amend as need. There was no need to amend any pleadings or previous case evidence.

Joi M. Kelly, Registered Nurse (Plaintiff)

FILED

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

OCT 08 2019

Clerk, U.S. District and
Bankruptcy Courts

JOI M. KELLY,                              )
                                           )
      Plaintiff,                     )
                                           )
                                           )          Civ. No. 19-2567 (UNA)
                                           )
COMMONWEALTH OF VIRGINIA, *et al.*,        )
                                           )
      Defendants.                   )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2], as amended

[3], is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED

WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 08 2019

Clerk, U.S. District and
Bankruptcy Courts

JOI M. KELLY,                                              )
                                                           )
             Plaintiff,                                    )
                                                           )          Civ. No. 19-2567 (UNA)
                                                           )
COMMONWEALTH OF VIRGINIA, *et al.*,                        )
                                                           )
             Defendants.                                   )

### MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff begins by identifying herself as "a class member in the United States v. Wells Fargo discrimination case[.]" Compl. ¶ 1. In addition to her intention to "supplement the case against Wells Fargo Home Mortgage in regards to housing discrimination [and] employment discrimination," *id.* ¶ 2, plaintiff also intends to "submit . . . evidence of discriminatory conduct by the Commonwealth of Virginia,

Virginia Department of Health Professions Board of Nursing," and four individuals, *id.* ¶ 5. Missing from her complaint and its many exhibits is a short and plain statement showing that plaintiff is entitled to relief of any kind. The complaint also is deficient because it does not state a basis for this Court's jurisdiction. As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). Therefore, the Court will dismiss the complaint and this civil action without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge

ʼ

CLERK'S OFFICE                                                    CO-932

UNITED STATES DISTRICT COURT                              Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02547
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[✓]    (a)    relates to common property

[✓]    (b)    involves common issues of fact

[✓]    (c)    grows out of the same event or transaction

[✓]    (d)    involves the validity or infringement of the same patent

[✓]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [    ]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

United States Bankruptcy Court Eastern District of Virginia - Richmond Division

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Jer M. Kelly (Debtor)    v. Multiple creditors / Wells Fargo    C.A. No. 0632539 DOT

8/28/2019                    Jev M. Kelly, Pro-Se litigant    (Plaintiff)

DATE                         Signature of Plaintiff/Defendant (or counsel)

CLERK'S OFFICE                                                    CO-932

UNITED STATES DISTRICT COURT                            Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02567
(To be supplied by the Clerk)

## NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

## NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

## NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[✓]    (a)    relates to common property

[✓]    (b)    involves common issues of fact

[✓]    (c)    grows out of the same event or transaction

[✓]    (d)    involves the validity or infringement of the same patent

[✓]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case:    [✗]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
United States District Court for the Eastern District of Virginia - Richmond

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
Joi M. Kelly (Registered Nurse)   v.   Eric Shinseki, Secretary Veteran Affairs C.A. No. 3:14-cv-362
                                                                                        (Plaintiff)

8/28/2019                          Joi M. Kelly, pro-se litigant
DATE                               Signature of Plaintiff /Defendant (or counsel)

CLERK'S OFFICE                                                    CO-932

UNITED STATES DISTRICT COURT                                     Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1'19-cv-02567
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[✓]  (a)    relates to common property

[✓]  (b)    involves common issues of fact

[✓]  (c)    grows out of the same event or transaction

[✓]  (d)    involves the validity or infringement of the same patent

[✓]  (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]   was not aware of the proceedings until after the fact

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
      United States District Court Eastern District of Virginia - Richmond

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

      United States of America      v. C:F Mortgage Corporation      C.A. No. 3:11cv653

      8/28/2019                     Jai CM. Kelly   pro-se litigant    (Plaintiff)
      DATE                          Signature of Plaintiff /Defendant (or counsel)

CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rev. 4/96

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02567
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

### I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[✓]  (a)    relates to common property

[✓]  (b)    involves common issues of fact

[✓]  (c)    grows out of the same event or transaction

[✓]  (d)    involves the validity or infringement of the same patent

[✓]  (e)    is filed by the same pro se litigant

### 2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [   ]

### 3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

United States District Court for the Eastern District of Virginia - Richmond

### 4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

_____ v. Transunion Public Records Settlement   C.A. No. 3:15-cv-00391

8/28/2019
DATE

Jui CAD. Kelly   pro-se litigant   (Plaintiff)
Signature of Plaintiff/Defendant (or counsel)

RECEIVED
AUG 26 2019

**CIVIL COVER SHEET**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JS-44 (Rev. 6/17 DC)

**I. (a) PLAINTIFFS**

Joi M. Kelly as Classmember in U.S. case)
Estate of Joi M. Kelly
James & Prince Kendall Descendants on behalf
(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  King & Queen,
(EXCEPT IN U.S. PLAINTIFF CASES)                        VA

Classmember in a class style case

**DEFENDANTS**

Commonwealth of Virginia, et al.
Virginia Board of Delivery, Dept of Health Professions
Ryan: Rick Burroughs, John & Jane Doe occupants
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)  King & Queen, VA

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement
Joi M. Kelly Pro-Se

Case: 1:19-cv-02567
Assigned To : Unassigned
Assign. Date : 8/26/2019
Description: PRO SE GEN CIV (F-DECK)

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**● D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

Against the Commonwealth of VA on behalf of Joi M. Kelly

**○ E. General Civil (Other)   OR   ● F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property  Land & Structure

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

# HP LaserJet MFP M130fw

# Fax Confirmation

Aug-28-2019  4:15PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 591 | 8/28/2019 | 4:10:53PM | Send | 2023543524 | 4:44 | 8 | OK |

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02547
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1   **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[✓] (a)   relates to common property

[✓] (b)   involves common issues of fact

[✓] (c)   grows out of the same event or transaction

[✓] (d)   involves the validity or infringement of the same patent

[✓] (e)   is filed by the same pro se litigant

2   **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(S)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter

Check box if new case is related to a dismissed case: [ ]

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
United States District Court for the District of Columbia ( D.D.C.)   filed on 7/3/2012 without appeal 9/21/2012

4   CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
United States of America   v.   Nibb Pop Bank   C.A. No. 1:12-cv-0260

8/28/2019   Orion Ruiz, pro se litigant (Plaintiff)
DATE   Signature of Plaintiff/Defendant (or counsel)

CLERK'S OFFICE                                                                        CO-932
UNITED STATES DISTRICT COURT                                           Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **1:19-ev-02567**
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff , defendant or counsel must complete the following:

### I.   RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

☑ (a)   relates to common property

☑ (b)   involves common issues of fact

☑ (c)   grows out of the same event or transaction

☑ (d)   involves the validity or infringement of the same patent

☑ (e)   is filed by the same pro se litigant

### 2.   RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: ☐

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
filed on 7/12/2012
United States District Court for the District of Columbia (D.D.C) settlement approved 9/21/2012

4.   CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

United States of America     v. Wells Fargo Bank     C.A. No. 1:12-cv-0150

8/28/2019
DATE          Signature of Plaintiff /Defendant (or counsel)
Marla A. Ruiz, pro se litigant (Plaintiff)

CLERK'S OFFICE

CO-932

Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02567
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I.   RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

☑ (a)   relates to common property

☑ (b)   involves common issues of fact

☑ (c)   grows out of the same event or transaction

☑ (d)   involves the validity or infringement of the same patent

☑ (e)   is filed by the same pro se litigant

2.   RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: ☐

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
United States District Court Southern District of New York

4.   CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

United States of America   v.   HSBC Bank USA, N.A.   C.A. No. 13 CV 1467

8/28/2019

Wei Min. Kelley, Pro Se litigant   (Plaintiff)

DATE                Signature of Plaintiff/Defendant (or counsel)

CLERK'S OFFICE
CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-02547
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e's) below.]

☑ (a)    relates to common property

☑ (b)    involves common issues of fact

☑ (c)    grows out of the same event or transaction

☑ (d)    involves the validity or infringement of the same patent

☑ (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case:  ☐

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
     United States District Court Southern District of Iowa

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Youry                              v.  Wells Fargo : Co.                    C.A. No. 4:08-cv-507
                                                                                    RP-CFB
8/28/2019            Brian M. Kelly, pro-se litigant    (Plantiff)
DATE              Signature of Plaintiff/Defendant (or counsel)

CLERK'S OFFICE

Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:19-cv-0254 7
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.   RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e's) below.]

[✓] (a)   relates to common property

[✓] (b)   involves common issues of fact

[✓] (c)   grows out of the same event or transaction

[✓] (d)   involves the validity or infringement of the same patent

[✓] (e)   is filed by the same pro se litigant

2.   RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case:  [X]

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

United States Bankruptcy Court Eastern District of Virginia - Richmond Division

4.   CAPTION AND CASE NUMBER OF RELATED CASE(E'S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Joi M. Kelly (Debtor)   v.   Wells Fargo / Oak Harbor Capital LLC C.A. No. 12-0358-KRH (Plaintiff)

8/28/2019
DATE

Joi M. Kelly Pro-Se litigant
Signature of Plaintiff /Defendant (or counsel)